PROB 12C
(6/16)

Report Date: December 11, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Reynalinda Cardoza | Case Number: 0980 4:18CR06025-MKD-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervision Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 11, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) , (b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 80 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | November 5, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 4, 2034 |

## PETITIONING THE COURT

To issue a summons.

On November 5, 2024, a supervision intake was completed with Reynalinda Cardoza. She signed a copy of her judgment indicating understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** It is alleged that Reynalinda Cardoza violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on multiple occasions, from on or about October 31, to on or about November 15, 2025. |
| | On November 18, 2025, Ms. Cardoza reported to the probation office. During this contact, Ms. Cardoza admitted that she had relapsed using methamphetamine around October 31, 2025. She further reported that she consumed methamphetamine approximately five more times, with her last use being on November 15, 2025. Ms. Cardoza signed a drug use admission form reflecting this admitted use. |

Prob12C
**Re: Cardoza, Reynalinda**
**December 11, 2025**
**Page 2**

2    **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged that Reynalinda Cardoza violated the terms of her supervised release by associating with a known felon on or about November 7, 2025.

On November 13, 2025, contact was made with an officer with the Airway Heights Police Department (AHPD), and the undersigned was advised that a felon with a lengthy criminal history was arrested on November 7, 2025, after pulling up to a residence known to law enforcement to be a location for drug activity. The individual was driving a vehicle owned by Ms. Cardoza. The individual advised the officer that he was the boyfriend of Ms. Cardoza. The officer also noted the vehicle contained drug paraphernalia. The officer then contacted Ms. Cardoza to retrieve her vehicle.

On November 18, 2025, Ms. Cardoza reported to the probation office. She admitted to having contact with a known felon and that she allowed him to utilize her vehicle.

3    **Standard Condition #9**: If you are arrested or have any official contact with a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Reynalinda Cardoza violated the terms of her supervised release by failing to report law enforcement contact on or about November 7, 2025.

On November 13, 2025, contact was made with an officer with the Airway Heights Police Department (AHPD), and the undersigned was advised that a felon with a lengthy criminal history was arrested on November 7, 2025, after pulling up to a residence known to law enforcement to be a location for drug activity. The individual was driving a vehicle owned by Ms. Cardoza. The individual advised the officer that he was the boyfriend of Ms. Cardoza. The officer also noted the vehicle contained drug paraphernalia. The officer then contacted Ms. Cardoza to retrieve her vehicle.

Ms. Cardoza did not report this law enforcement contact. On November 18, 2025, Ms. Cardoza reported to the probation office. She admitted to having contact with the known felon allowing him to utilize her vehicle and having law enforcement contact on November 7, 2025.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 11, 2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Cardoza, Reynalinda
December 11, 2025
Page 3

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M.K. Dimke*

Signature of Judicial Officer

December 12, 2025

Date