PROB 12C
(6/16)

Report Date: December 30, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2025

SEAN F. McAVOY, CLERK

Name of Offender: Reynalinda Cardoza      Case Number: 0980 4:18CR06025-MKD-2

Address of Offender:                      Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervision Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 11, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 80 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Amended Sentence: (07/22/2019) | Prison - 64 months; TSR - 120 months | |
| Asst. U.S. Attorney: | Brandon Pang | Date Supervision Commenced: November 5, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 4, 2034 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/12/2025.

On November 5, 2024, a supervision intake was completed with Reynalinda Cardoza. She signed a copy of her judgment indicating understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** It is alleged that Reynalinda Cardoza violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about December 13, 2025. |

Prob12C
**Re: Cardoza, Reynalinda**
**December 30, 2025**
**Page 2**

On December 15, 2025, Ms. Cardoza submitted to a urinalysis at Pioneer Human Services (PHS). She tested presumptive positive for methamphetamine. Ms. Cardoza denied use and the sample was sent to the lab for additional testing A lab report has since been received, confirming a positive presence for methamphetamine and amphetamine.

On December 23, 2025, Ms. Cardoza reported to the probation office as directed. At that time, she admitted to consuming methamphetamine on December 13, 2025, and signed a drug use admission form reflecting this admitted use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/30/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

December 30, 2025

Date